BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR SENTENCE

DATE: NOVEMBER 19, 2015
*Time in Court: 30 minutes*

**DOCKET NUMBER:**   CR 13-601-01(RJD)

U.S.A. -v-   AKMAL NARZIKULOV (IN CUSTODY)
             COUNSEL:  MICHAEL A. MARINACCIO (CJA)

AUSA:  MICHAEL WARREN
COURTREPORTER:  *MICHELLE NARDONE*
*RUSSIAN INTERPRETER: NELLY ALISHAEV*

X   CASE CALLED FOR SENTENCE.

X   COURT FINDS THAT THE PLEA OF GUILTY TAKEN BEFORE
    M.J. LEVY   ON 2/2/15 WAS DONE KNOWINGLY & WILLFULLY
    AND FORMALLY ACCEPTS THE PLEA OF GUILTY TO COUNT
    TWO(2)  OF THE TWO COUNT INDICTMENT

X   DEFENDANT IS SENTENCED AS FOLLOWS:
    DEFENDANT IS HEREBY COMMITTED TO THE CUSTODY OF THE
    UNITED STATES BUREAU OF PRISONS TO BE IMPRISONED
    FOR A TOTAL TERM OF: *THIRTY(30) MONTHS.*

X   UPON RELEASE FROM IMPRISONMENT, THE DEFENDANT SHALL BE
    ON SUPERVISED RELEASE FOR A TOTAL TERM OF: *ONE(1) YEAR.*
    STANDARD CONDITIONS OF SUPERVISED RELEASE.

X   $100 SPECIAL ASSESSMENT.

X   OPEN COUNT DISMISSED ON MOTION OF AUSA.

X   DEFENSE COUNSEL REQUESTS PORTIONS OF HIS SENTENCE
    SUBMISSION BE PLACED UNDER SEAL.
    COURT:  PAGES 8 & 9 ARE SEALED.